# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ROBERT BLEDSOE**                                                     **PETITIONER**

v.                  **NO. 2:17CV00094 JLH/PSH**

**GENE BEASLEY, Warden,**
**Forrest City Low**                                                   **RESPONDENT**

## **ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 25th day of October, 2017.

                                                       _/s/ J. Leon Holmes_
                                                       UNITED STATES DISTRICT JUDGE